**Exhibit A to the Complaint**

**Location:** Oakland, CA  
**Total Works Infringed:** 46

**IP Address:** 23.116.45.238  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 01/06/2021 17:33:01 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 2 | Info Hash: 00D4C51A29C9BECB409301B771D686F17B05B89B<br>File Hash: 2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 01/06/2021 03:07:35 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 3 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 01/06/2021 03:03:18 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 4 | Info Hash: BD08CDC4AB37B1F288F5D245BC77FD72EC17895E<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 01/06/2021 02:52:40 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 5 | Info Hash: E12C003246B83B76DC861765D6E9B1BC09E79EA4<br>File Hash: BA34499441BB13DBFE3FE061E949B68E2FE5670C2FF384FE25701B2ED20A6967 | 12/30/2020 19:33:20 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 6 | Info Hash: 89AA2665D3899885EAEA7F5A2C918A5C0A1E5C5A<br>File Hash: 6B7EF1B84F8E2C5A6B7FA99CF3ACD25162F15ECBD3521CF53813B3082486952D | 12/29/2020 15:40:56 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 7 | Info Hash: FE14ADE82FF2485EC91596EA5FFA5176B048BE2B<br>File Hash: C161AAA66AB37090297EE2D9AC234DCF2A078F7712FCFC4EBCB65E5B51942831 | 12/18/2020 20:58:07 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 8 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash: 7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 12/15/2020 02:44:52 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 12/15/2020 00:41:26 | Vixen | 09/04/2020 | 09/22/2020 | PA0002265929 |
| 10 | Info Hash: D004FE4CC187D0709C94955D8BF728C72E039D05<br>File Hash: 5318278A278B15F873F44A895D3904596248BD42E867C274AFC17AB019433365 | 12/14/2020 21:11:01 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 11 | Info Hash: 60FEB3E4F343965C4C847A6F071D77F52C61BB52<br>File Hash: E524144A95E8724908EAB4170A1D1916ABFF0EFC0E12823068BEE66FD6E93A12 | 12/14/2020 18:05:47 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 12 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 12/14/2020 17:38:28 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 13 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 12/12/2020 00:36:43 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 14 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 11/26/2020 15:32:39 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 15 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F<br>File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 11/26/2020 15:12:09 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 16 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 11/22/2020 21:26:22 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 17 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 11/21/2020 02:44:04 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 11/20/2020 09:07:20 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 19 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 11/20/2020 09:02:09 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 20 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 11/20/2020 04:53:25 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 21 | Info Hash: 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC<br>File Hash: 9F6EFDCD4FBFD45C2542295349DCCEA4B058323C05F1D297B773654EC5A01CD1 | 11/20/2020 04:16:48 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 22 | Info Hash: 97034278B4AE0281DFA31CB3DC5D5A0943B18F5F<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 10/18/2020 23:10:24 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 23 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/18/2020 23:00:52 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 24 | Info Hash: D5A7BA6BBA046AB1FA10FD54403E1B0EBA9E0B27<br>File Hash: 1C8768781A154D8E268DB0527F5AA8261B25442B32615EAE22EE318720EB4111 | 10/18/2020 22:24:40 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 25 | Info Hash: C081E6671CA990E5C94F9001B4F525B783D100EC<br>File Hash: 940F6DACB9BF2C3F990CE2FD4050C1F63C6F247494C3FF3AB6A078F4775E8AAE | 09/16/2020 01:13:11 | Vixen | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 26 | Info Hash: 55BDAEA1C28C1A3BC378C97ADE5046906662FF81<br>File Hash: 1E227D4D9738AB12C25BB9BFA47AE3792C315810ED7416C0B39BCE4542B98562 | 09/16/2020 01:03:22 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: CD7D2C6B5EDD7F8E506A3632F3722A7778C54CC5<br>File Hash: 4962AFEECC30E878153B68BF0E85B67EB2F96DAC61087AF6B5746419B7998A34 | 06/10/2020 20:17:19 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |
| 28 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 06/04/2020 18:33:40 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 29 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 06/04/2020 18:31:37 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 30 | Info Hash: FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702<br>File Hash: 46461D7C5D41223438B18575B0658755E3B31C1289B232747285799B6D08B50D | 06/04/2020 18:20:05 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 31 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06/01/2020 21:41:44 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 32 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 06/01/2020 19:41:20 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 33 | Info Hash: A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash: 966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 05/27/2020 20:59:45 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 34 | Info Hash: F645DA8FBE7E51324E0F7584318A88940DA7FF96<br>File Hash: 678F81DC5888009A36A31D62442978030AB956257F9853504C1E00DD2C9C11FB | 05/26/2020 18:17:33 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 35 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 05/26/2020 17:00:05 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF<br>File Hash: D274816FB3367FFB6892371753BEC9925944B14E4B4BFCBB12086E4619D4C3CE | 05/20/2020 20:19:34 | Vixen | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 37 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash: F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 05/20/2020 20:18:07 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 38 | Info Hash: 30345D06651108177F2FCFB7EAA6B92BE2D5BD56<br>File Hash: 75DF3008F67EF96096A77034803B0EB15A2864CC0C72B01AD35BD427C2A0F035 | 05/20/2020 20:12:11 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 39 | Info Hash: EB8182CB6D300A79475A2DF9651C8674C4BBA7FB<br>File Hash: E1E817C687D36BD1C9FB37A539C4C4E62F58D2B0BC61B8BBE4E8CB51087F05F1 | 11/26/2019 09:54:17 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 40 | Info Hash: 03BDBAB1ACA79F441D77CEC21E238F41A94C8553<br>File Hash: 57C68256BB15BB4FD7569464BC37D87E22482ACEAFEB9E1920C98EA583FEB0CE | 11/21/2019 05:39:27 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 41 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 11/12/2019 06:40:25 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 42 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 11/12/2019 06:20:42 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 43 | Info Hash: 384513B839136C3BF2B824B443B2CDA6D0CE2780<br>File Hash: CD1BEE5B2A406E8B48A1CD1C91F5F7CD02677B2631C402067777AD4D16778239 | 11/11/2019 01:40:45 | Tushy | 11/07/2019 | 12/03/2019 | PA0002232040 |
| 44 | Info Hash: 3C6D5785FDC3A9947EA11D9923048076FDE43B96<br>File Hash: CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 11/11/2019 00:03:44 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 11/10/2019 23:36:41 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 46 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 11/10/2019 23:36:38 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |